**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

**Civil Action No.** <u>2:14-cv-06455</u>

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   <u>Deborah G. Batson</u>

2. Plaintiff's Spouse (if applicable)

   <u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   <u>N/A</u>

4. State of Residence

   <u>Florida</u>

5. District Court and Division in which venue would be proper absent direct filing.

   <u>Middle District of Florida, Fort Myers Division</u>

   <u> </u>

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Ethicon, Inc.

   ☑ B. Ethicon, LLC

Revised: 11/6/13

☑ C.  Johnson & Johnson

☐ D.  American Medical Systems, Inc. ("AMS")

☐ E.  Boston Scientific Corporation

☐ F.  C. R. Bard, Inc. ("Bard")

☐ G.  Sofradim Production SAS ("Sofradim")

☐ H.  Tissue Science Laboratories Limited ("TSL")

☐ I.  Mentor Worldwide LLC

☐ J.  Coloplast Corp.

☐ K.  Cook Incorporated

☐ L.  Cook Biotech, Inc.

☐ M.  Cook Medical, Inc.

7.  Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: _____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9, 10, 11 _____

_____

_____

B. Other allegations of jurisdiction and venue:

28 U.S.C. § 1407, the Judicial Panel on Multi-District Litigation created MDL

2327 to be presided over by the Hon. Joseph Goodwin of the Southern District of

West Virginia. This matter falls properly under the jurisdiction of MDL 2327.

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☑ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☑ TVT
- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☑ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☑ TVT
- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo

☐   Other

_____

_____

10. Date of Implantation as to Each Product:

2/16/2007 (Prolift and TVT)

1/2/2008 (TVT)

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

Wellington Regional Medical Center

Wellington, Florida 33414 (both)

12. Implanting Surgeon(s):

Edward R. Becker, MD (both)

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I – Negligence

☑   Count II – Strict Liability – Manufacturing Defect

☑   Count III – Strict Liability – Failure to Warn

☑   Count IV – Strict Liability – Defective Product

☑   Count V – Strict Liability – Design Defect

☑   Count VI – Common Law Fraud

☑   Count VII – Fraudulent Concealment

☑   Count VIII – Constructive Fraud

4

☑      Count IX – Negligent Misrepresentation

☑      Count X – Negligent Infliction of Emotional Distress

☑      Count XI – Breach of Express Warranty

☑      Count XII – Breach of Implied Warranty

☑      Count XIII – Violation of Consumer Protection Laws

☑      Count XIV – Gross Negligence

☑      Count XV – Unjust Enrichment

☐      Count XVI – Loss of Consortium

☑      Count XVII – Punitive Damages

☑      Count XVIII – Discovery Rule and Tolling

☐      Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

         s/ /s/ William J. Doyle II
_____
         Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

DOYLE LOWTHER LLP
William J. Doyle II (CA #188069)
Chris W. Cantrell (CA#290874)
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel: (858) 935-9960
Fax: (858) 939-1939