# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):** 2:14-cv-06455

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel    ☒ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Jones | Christy | D | |

Bar Number and State: 3192  MS
E-Mail Address: christy.jones@butlersnow.com

Party Representing: Ethicon, Inc., and Johnson & Johnson

Originating Case Number: 2:14-cv-06455
Originating District: West Virginia Southern
Originating Short-Case Style: Deborah Batson v. Ethicon, Inc., et al

Direct Dial Number: 601-985-4523
Cell Phone Number: 601-942-1172
Secretary Name: Brandy Pitts
Paralegal Name: Diane Wigley

### LAW FIRM INFORMATION

Firm Name: Butler Snow LLP
Address: 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157; P.O. Box 6010, Ridgeland 39158
City: Ridgeland    State: MS    Zip: 39157;39158
Firm Phone Number: 601-948-5711
Firm Fax Number: 601-985-4500

Other members of firm involved in this litigation:
William Gage, Kari Sutherland, Laura Dixon

4/11/2014    s/ Christy D. Jones
Date    Electronic Signature